EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
California Bar Number 58609
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2461
    Facsimile: (213) 894-7819
    E-mail: roger.west4@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE: | )  CV Misc. No. _2:16-mc-1_____ |
| LETTERS ROGATORY FROM | ) |
| THE MUNICIPAL COURT OF BAD | ) |
| KISSINGEN IN GERMANY | ) |
| _____ | ) |

**APPLICATION FOR ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE UNDER SEAL AN APPLICATION FOR AN ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER TO EXECUTE THE LETTERS ROGATORY FROM BAD KISSINGEN, GERMANY**

The United States of America hereby applies, pursuant to Local Rule 79-5.2, for an order permitting the filing under seal of the United States of America's Application for the Assistant United States Attorney to be appointed as Commissioner to execute the Letters Rogatory from the Municipal Court of Bad Kissingen in Germany ("Application for Appointment of Commissioner").

The Application for Appointment of Commissioner will be submitted pursuant to 28 U.S.C. § 1782, which allows for the district court to appoint a commissioner to arrange for the taking of evidence on behalf of a foreign court in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

Attached as Exhibit 1 to the Application for Appointment of Commissioner is a complete set of the documents provided by the Municipal Court of Bad Kissingen in Germany.  These documents relate to the underlying lawsuit in Germany and they contain sensitive and private information about parties to that lawsuit.  In order to protect the privacy of the parties to the lawsuit, it is requested that the United States of America be permitted to file the Application for Appointment of Commissioner under seal.

DATED:  This 12th day of January, 2016.


EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

*/s/ Roger E. West*
_____
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
Attorneys for the United States of America

1